UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOE PERRON,

    Plaintiff,

v.                                Case No.: 3:09-cv-1108-J-20TEM

LVNV FUNDING, LLC and
RESURGENT CAPITAL SERVICES, L.P.,

    Defendants.
_____/

## ORDER

Before this Court is the Parties' Joint Motion for Dismissal with Prejudice (Doc. 23, filed March 15, 2010). In the instant motion, the Parties request that this case be dismissed with prejudice. Accordingly, it is **ORDERED**:

1. The Parties' Joint Motion for Dismissal with Prejudice (Doc. 23, filed March 15, 2010) is **GRANTED**. This matter is **DISMISSED with Prejudice**.

2. The Clerk is directed to terminate all pending motions and **CLOSE** this case.

**DONE AND ENTERED** in Jacksonville, Florida, this 17 day of March, 2010

                                                HARVEY E. SCHLESINGER
                                                United States District Judge

Copies to:

David E. Borack, Esq.
James Anthony Kowalski, Jr., Esq.
Richard B. Weinman, Esq.